# In the United States Court of Appeals for the Fifth Circuit

GEOFFREY POLK,

*Plaintiff–Appellant*,

v.

CASSIE BROWN, IN HER OFFICIAL CAPACITY AS THE TEXAS INSURANCE COMMISSIONER,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

## DEFENDANT-APPELLEE'S UNOPPOSED MOTION TO SUPPLEMENT RECORD

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

WILLIAM R. PETERSON
Solicitor General

CORY A. SCANLON
Assistant Solicitor General
cory.scanlon@oag.texas.gov

CHRISTOPHER J. PAVLINEC
Assistant Attorney General

*Counsel for Defendant-Appellee*

# CERTIFICATE OF INTERESTED PERSONS

No. 25-20524

GEOFFREY POLK,

*Plaintiff–Appellant*,

v.

CASSIE BROWN, IN HER OFFICIAL CAPACITY AS THE TEXAS INSURANCE COMMISSIONER,

*Defendant-Appellee.*

Under the fourth sentence of Fifth Circuit Rule 28.2.1, Defendant-Appellee, as a governmental party, need not furnish a certificate of interested persons.

/s/ Cory A. Scanlon

CORY A. SCANLON
*Counsel of Record for*
*Defendant-Appellee*

## Motion to Supplement Record

Defendant-Appellee Cassie Brown respectfully requests that the Court grant this motion to supplement the record with the transcript of the preliminary-injunction hearing below.

1. On October 28, 2025, the district court issued a "[m]inute entry for PRELIMINARY INJUNCTION and MOTION HEARING" denying Plaintiff-Appellant's motion for preliminary injunction. Ex. 1, Min. Entry at 1, No. 4:25-CV-2652 (S.D. Tex. Oct. 28, 2025), ECF No. 18. In that minute entry, the court recounted the hearing and stated that "[t]he motion for preliminary injunction was DENIED for reasons stated on the record." *Id.* (citing ECF No. 10). The court then summarized its reasoning in the minute entry. *Id.* at 1-2.

2. Plaintiff-Appellant then advised this Court that a transcript of those proceedings is unnecessary for purposes of this appeal. Ex. 2, Pl.-Appellant's Tr. Order Form, No. 25-20524 (5th Cir. Dec. 8, 2025), ECF No. 13. Plaintiff-Appellant similarly advised the district court. Ex. 3, Pl.'s Tr. Order Form, No. 4:25-CV-2652 (S.D. Tex. Dec. 1, 2025), ECF No. 25.

3. On January 8, 2026, this Court set the briefing schedule for this appeal, with Plaintiff-Appellant's brief due on February 18, 2026. ECF No. 17.

4. Federal Rule of Appellate Procedure 10(e)(2)(C) provides that "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . by the court of appeals."

5. Because the district court's denial of the preliminary injunction was noted in a minute entry that stated, "[t]he motion for preliminary injunction was DENIED *for reasons stated on the record*," Ex. 1 (emphasis added), a transcript of those proceedings is likely required to fully present the issues on appeal. Defendant-Appellee has attached her own transcript order form to this motion. Ex. 4, Def.-Appellee's Tr. Order Form. If the Court grants this motion, Defendant-Appellee will expeditiously make financial arrangements with the court reporter to have the transcript made available.

## CONCLUSION

The Court should grant the motion to supplement the record.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

WILLIAM R. PETERSON
Solicitor General

/s/ Cory A. Scanlon
CORY A. SCANLON
Assistant Solicitor General
Cory.Scanlon@oag.texas.gov

CHRISTOPHER J. PAVLINEC
Assistant Attorney General

*Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 343 words, excluding the parts exempted by Rule 32(f), according to the word count of Microsoft Word. This brief complies with the typeface requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Equity font.

/s/ Cory A. Scanlon
CORY A. SCANLON

## CERTIFICATE OF CONFERENCE

On January 11, 2026, counsel for Defendant-Appellee conferred with Plaintiff-Appellant pro-se, who indicated that he is not opposed to the relief sought herein and will not file a response in opposition to the motion.

/s/ Cory A. Scanlon
CORY A. SCANLON

## Index

Tab

Minute Entry, No. 4:25-CV-2652 (S.D. Tex. Oct. 28, 2025), ECF No. 18. ........Ex.1

Plaintiff-Appellant's Transcript Order Form, No. 25-20524 (5th Cir. Dec. 8, 2025), ECF No. 13 ................................................................................. Ex.2

Plaintiff's Transcript Order Form, No. 4:25-CV-2652 (S.D. Tex. Dec. 1, 2025), ECF No. 25................................................................................Ex.3

Defendant-Appellee's Transcript Order Form.................................................. Ex.4

**Ex. 1: Minute Entry, No. 4:25-CV-2652 (S.D. Tex. Oct. 28, 2025), ECF No. 18.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GEOFFREY POLK, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-02652 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CASSIE BROWN, | § | |
| Defendant. | § | |

**MINUTE ENTRY**

Minute entry for PRELIMINARY INJUNCTION and MOTION HEARING before Judge Charles Eskridge on October 28, 2025. All parties present and represented by counsel.

The Court addressed the motions by Plaintiff for preliminary injunction and by Defendant to dismiss. Dkts 8 & 10.

Argument heard.

The motion for preliminary injunction was DENIED for reasons stated on the record. Dkt 10.

It was noted that it would be precipitous to overturn a 60-year-old statute on a preliminary basis. It was also noted that Plaintiff has brought similar cases in other states without requesting a preliminary injunction, thus suggesting slight, if any, perception of actual irreparable injury. And it was unclear on the merits, given the present record and lack of factual clarity, how either prong of the Privileges and Immunities Clause analysis would apply here. See *Supreme Court of Virginia v Friedman*, 487 US 59, 64 (1988).

The motion to dismiss was DENIED for reasons stated on the record. Dkt 8.

It was noted that more discovery was necessary to appropriately consider and apply the Privileges and Immunities Clause here. It was also noted that the briefing at present was inadequate to reach a ruling of sufficient consideration on a constitutional question that hasn't been addressed by the Fifth Circuit.

The Court addressed the joint discovery/case management plan. Dkt 12.

The parties were ORDERED to confer regarding an appropriate scheduling order, particularly as to timing of dispositive motions. The joint scheduling order must be filed by November 11, 2025.

The parties are advised that the Court intends to make suitable appointment to receive an *amicus curiae* brief on issues pertinent to an original understanding of the Privileges and Immunities Clause as relevant here. The parties should brief such points themselves in any dispositive motion and may request filings by other *amici* on their behalf.

The parties should continue to confer in good faith regarding discovery and settlement.

SO ORDERED.

Signed on October 28, 2025, at Houston, Texas.

Hon Charles Eskridge
United States District Judge

**Ex. 2: Plaintiff-Appellant's Transcript Order Form, No. 25-20524 (5th Cir. Dec. 8, 2025), ECF No. 13.**

**TRANSCRIPT ORDER FORM (DKT-13) – READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court Southern District of Texas _____ District Court Docket No. 4:25-cv-02652 _____

Short Case Title Polk v. Brown _____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter N/A _____

Date Notice of Appeal Filed in the District Court 11/13/2025 _____ Court of Appeals No. 25-20524 _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ■ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____

☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____

☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____

☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■ Private Funds; ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);

☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds

☐ Other _____

Signature *Geoffrey Polk* _____ Date Transcript Ordered N/A _____

Print Name Geoffrey Polk _____ Phone 708-340-7502 _____

Counsel for Pro Se _____

Address 7627 Lake St. Ste 206 A34 River Forest IL 60305 _____

Email of Attorney: geoff@jacksontylerllc.com _____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

CERTIFIED MAIL

Geoffrey Polk
7627 Lake St Ste 206
River Forest IL 60305-1878

9407 1118 9956 1970 2463 44

BALTIMORE MD 212

25 PM 4 L

$6.04⁰
US POSTAGE IMI
FIRST-CLASS
FROM 60305
12/02/2025
Stamps.com

PS Form 3800 6/02

The Court of Appeals for the 5th Circuit
600 Camp St
New Orleans LA 70130-3441

70130-347999

**Ex. 3: Plaintiff's Transcript Order Form, No. 4:25-CV-2652 (S.D. Tex. Dec. 1, 2025), ECF No. 25.**

**TRANSCRIPT ORDER FORM (DKT-13)**   READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Southern District of Texas</u>     District Court Docket No. <u>4:25-cv-02652</u>

Short Case Title <u>Polk v. Brown</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>N/A</u>

Date Notice of Appeal Filed in the District Court <u>11/13/2025</u>     Court of Appeals No. <u>25-20524</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ■Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding**.

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature _*Geoffrey Polk*_     Date Transcript Ordered <u>N/A</u>

Print Name <u>Geoffrey Polk</u>     Phone <u>708-340-7502</u>

Counsel for <u>Pro Se</u>

Address <u>7627 Lake St. Ste 206 A34 River Forest IL  60305</u>

Email of Attorney: <u>geoff@jacksontylerllc.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____     Actual Number of Volumes_____

Date _____ Signature of Reporter _____

## TRANSCRIPT ORDER FORM INSTRUCTIONS

### INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered.  A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5.  File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

### INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

# Ex. 4: Defendant-Appellee's Transcript Order Form

# <u>TRANSCRIPT ORDER FORM (DKT-13)</u> - <span style="color:red">READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</span>

District Court <u>United States District Court for the Southern District of Texas, Houston Division</u> District Court Docket No. <u>4:25-CV-2652</u>

Short Case Title <u>Polk v. Brown</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>M. Walker-Bailey</u>

Date Notice of Appeal Filed in the District Court <u>11/13/2025</u>          Court of Appeals No. <u>25-20524</u>

**PART I.**  (To be completed by party ordering transcript.  Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A.  Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
  **OR**
  **Check all of the following that apply, include date of the proceeding**.
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 10/28/2025 | Preliminary Injunction Hearing | Judge Charles Eskridge |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.</span>
**B.  This is to certify satisfactory financial arrangements have been made.  Method of Payment:**
☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds

■Other _____ Per the clerk's office's direction, payment will be made if motion granted. _____

Signature _____*Cory A. Scanlon*_____ Date Transcript Ordered <u>N/A</u>
Print Name <u>Cory A. Scanlon</u>                    Phone <u>+1 512 936 1820</u>
Counsel for <u>Defendant-Appellee Cassie Brown</u>
Address <u>Office of the Attorney General of Texas, Office of the Solicitor General, P.O. Box 12548 (MC 059) Austin, TX 78711-2548</u>
Email of Attorney: <u>Cory.Scanlon@oag.texas.gov</u>

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

          ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court.  This completed form is to be-filed with the Court of Appeals.)

          This is to certify that the transcript has been completed and filed at the District Court today.

          Actual Number of Pages _____          Actual Number of Volumes _____

Date _____          Signature of Reporter _____

# TRANSCRIPT ORDER FORM INSTRUCTIONS

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered.  A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5.  File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

## INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: [Contact Clerk's Office About My Case](#) or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808