# In the United States Court of Appeals for the Fifth Circuit

GEOFFREY POLK,

*Plaintiff-Appellant*,

*v.*

CASSIE BROWN, IN HER OFFICIAL CAPACITY AS THE TEXAS INSURANCE COMMISSIONER,

*Defendant-Appellee*,

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

## OPPOSED MOTION TO EXTEND THE TIME TO FILE APPELLEE'S BRIEF

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

WILLIAM R. PETERSON
Solicitor General

CORY A. SCANLON
Assistant Solicitor General
Cory.Scanlon@oag.texas.gov

CHRISTOPHER J. PAVLINEC
Assistant Attorney General

Counsel for Defendant-Appellee

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4.3.1, Appellee Cassie Brown moves for a 30-day extension of time to file Appellee's brief. In support thereof, Appellee shows the Court as follows:

1. Appellee's brief is currently due on March 13, 2026, and this request seeks a new deadline of April 13, 2026. This is Appellee's first request for an extension of this filing. Undersigned has conferred via email with Appellant, who is appearing pro se and has indicated that he opposes this request.

2. This request is not made for purposes of delay but to allow counsel for Appellee, who are new to the case, adequate time to research, write, and file a brief that will be helpful to the Court. During the current briefing period, Appellee's counsel has been and will be responsible for the following:

   a. a petition for review in *Paxton v. Garza*, No. 26-0110, which is due in the Supreme Court of Texas on February 20;

   b. a response to petition for writ of mandamus in *In re Cook Children's Health Plan*, No. 25-1030, which is due in the Supreme Court of Texas on February 23;

   c. the appellant's brief in *Smith v. Smith*, No. 25-20090, which is due in this Court on February 23;

   d. presenting oral argument in *McCutchan v. Nicholson*, No. 25-10890, which will is scheduled in this Court for March 3; and

   e. a response to the petition for review in *Paris v. State*, No. 25-0973, which is due in the Supreme Court of Texas on March 9.

1

Counsel is also staffed to other litigation and advisory matters within the Office of the Attorney General that, along with the above-mentioned litigation matters, have impacted counsel's available time to present a brief in this case.

**3.** This extension is sought in the interest of justice, not for delay, and despite Appellant's opposition, no party will be prejudiced if this request for an extension of time is granted.

# Conclusion

For these reasons, Appellee requests that the Court grant a 30-day extension to file Appellee's brief, making a new deadline of April 13, 2026.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

William R. Peterson
Solicitor General

/s/ Cory A. Scanlon
Cory A. Scanlon
Assistant Solicitor General
Cory.Scanlon@oag.texas.gov

Christopher J. Pavlinec
Assistant Attorney General

Counsel for Defendant-Appellee

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 355 words; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count). *See* Fed. R. App. P. 27(d)(1)(E).

/s/ Cory A. Scanlon
CORY A. SCANLON


## CERTIFICATE OF CONFERENCE

On February 17, 2026, I conferred with Appellant Geoffrey Polk, who is appearing pro se and has indicated that he opposes this request.

/s/ Cory A. Scanlon
CORY A. SCANLON