

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

CORY A. SCANLON
Assistant Solicitor General

(512) 936-1700
Cory.Scanlon@oag.texas.gov

April 2, 2026

**Via Electronic Filing**

Mr. Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130-3408

    **Re:**   *Polk v. Brown*, No. 25-20524

Dear Mr. Cayce:

On behalf of Defendant-Appellee the Texas Insurance Commissioner, please take notice that Cassie Brown announced her retirement in January 2026 and ceased holding office as the Commissioner as of February 2, 2026. Her replacement, Amanda Crawford, was appointed in January 2026, and is presently serving as the Commissioner. Because Ms. Brown was sued only in her official capacity, ROA.5, Ms. Crawford was automatically substituted as a party. Fed. R. Civ. P. 25(d).

In accordance with Federal Rule of Appellate Procedure 43(c)(2), I respectfully request that the caption be updated to reflect that this appeal proceeds against Amanda Crawford in her official capacity as the Texas Insurance Commissioner. I will represent Ms. Crawford in this matter.

        Respectfully submitted.

        /s/ Cory A. Scanlon

        Cory A. Scanlon
        Assistant Solicitor General
        *Counsel for Defendant-Appellee*

cc: All counsel of record (via electronic service)