# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2026

TO COUNSEL LISTED BELOW:

    No. 25-20524    Polk v. Crawford

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 08/03/2026, as previously advised.

It will be scheduled during the week of **08/31/2026**.  Please mark your calendar accordingly.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By:_____
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Mr. William Howard Farrell
Mr. Christopher John Pavlinec
Mr. Geoffrey Polk
Mr. Cory A. Scanlon